UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD O'KEITH WILLIAMS, | 1:08-CV-00503 WMW (HC) |
| Petitioner, | |
| v. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME** |
| DEBRA DEXTER, et al., | [Doc. 18] |
| Respondents. | |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On September 8, 2008, Petitioner filed a motion for an extension of time to file an opposition to Respondent's motion to dismiss. Good cause appearing, Petitioner is HEREBY GRANTED thirty (30) days from the date of service of this order within which to file his opposition. No further extensions of time will be granted absent extraordinary circumstances.

IT IS SO ORDERED.

**Dated:   December 3, 2008**          /s/  William M. Wunderlich
                                        UNITED STATES MAGISTRATE JUDGE

-1-